UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON TERRAL THOMAS,<br><br>  Petitioner<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>  Respondent | Case No.: 2:22-cv-02030-JAD-EJY<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 9] |

Respondents move for enlargement of time to file a response to Petitioner Cameron Thomas's petition for writ of habeas corpus.[1]  This is their first request for an extension of this deadline.  Thomas has not filed an opposition, and his time for doing so expired on February 21, 2023.  So, with no opposition and good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 9] is GRANTED**.  Respondents have **until April 10, 2023, to file their response to Thomas's petition.**

Dated: February 23, 2023

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 9.