# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON TERRAL THOMAS,<br><br>    Petitioner<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>    Respondent | Case No.: 2:22-cv-02030-JAD-EJY<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 11] |

Respondents move for enlargement of time to file a response to Petitioner Cameron Thomas's petition for writ of habeas corpus.[1]  This is their second request for an extension of this deadline.  Thomas does not oppose the request.  With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 11] is GRANTED**.  Respondents have **until May 25, 2023, to file their response to Thomas's petition.**

Dated: April 10, 2023

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 11.