UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON TERRAL THOMAS,<br><br>  Petitioner<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>  Respondent | Case No.: 2:22-cv-02030-JAD-EJY<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 13] |

  Respondents move for enlargement of time to file a response to Petitioner Cameron Thomas's petition for writ of habeas corpus.[1]  This is their third request for an extension of this deadline.  Thomas does not oppose the request.  So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 13] is GRANTED**.  Respondents have **until June 26, 2023, to file their response to Thomas's petition.**

  Dated: May 25, 2023

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 13.