**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAMERON TERRAL THOMAS,<br><br>    Petitioner<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>    Respondent | Case No.: 2:22-cv-02030-JAD-EJY<br><br>**Order Granting Motion<br>to Seal Document**<br><br>[ECF No. 26] |

Respondents seek leave to file under seal one document in support of their motion to dismiss: a presentence investigation report.[1] Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*[2] and its progeny, I find that a compelling need to protect Petitioner Cameron Terral Thomas's safety, privacy, and personal identifying information outweighs the public interest in open access to court records.

    IT IS THEREFORE ORDERED that respondents' motion to seal **[ECF No. 26] is GRANTED**. The Clerk of Court is directed to MAINTAIN THE SEAL on Respondents' **exhibit 69 [ECF No. 27-1].**

Dated: June 27, 2023

                                                                                                _____<br>
                                                                                        U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 26, 27-1.

[2] 447 F.3d 1172 (9th Cir. 2006).