**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAMERON TERRAL THOMAS,<br><br>　　　Petitioner<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>　　　Respondent | Case No.: 2:22-cv-02030-JAD-EJY<br><br>**Order Instructing Petitioner to File a Response or an Extension Request to Respondents' Motion to Dismiss**<br><br>[ECF No. 15] |

　　　Respondents filed and served a motion to dismiss this habeas action on June 26, 2023.[1] In my scheduling order, I ordered that "[i]f Respondents file a motion to dismiss instead of an answer, the parties will brief the motion in accordance with LR 7-2 and 7-3 of the Local Rules of Practice."[2] Local Rule 7-2(b) provides that "the deadline to file and serve any points and authorities in response to [a motion other than a motion for summary judgment] is 14 days after service of the motion." So petitioner's 14-day deadline to respond to the motion to dismiss expired on July 10, 2023. To date, the petitioner has not filed a response nor requested an extension of time.

　　　IT IS ORDERED that Petitioner Cameron Thomas has **until July 21, 2023, to file a**

---

[1] ECF No. 15.
[2] ECF No. 7 at 3.

**response to the motion to dismiss [ECF No. 15] or request an extension of time to do so** or this action may be dismissed without further prior notice.

Dated: July 17, 2023

_____
U.S. District Judge Jennifer A. Dorsey