UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON TERRAL THOMAS,<br><br>    Petitioner<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>    Respondent | Case No.: 2:22-cv-02030-JAD-EJY<br><br>**Order Granting Motion for Voluntary Partial Dismissal, Denying Motion to Dismiss as Moot, and Directing Respondents to File an Answer**<br><br>[ECF Nos. 15, 29] |

Counseled petitioner Cameron Terral Thomas petitions for a writ of habeas corpus under 28 U.S.C. § 2254 to challenge his Nevada state-court convictions and sentence for various sex offenses for which he is serving an aggregate sentence of forty to life.[1] In ground 8 of his petition, Thomas alleges that the state court erred by failing to grant him an evidentiary hearing on all of his claims.[2] Respondents move to dismiss this ground, arguing that it is not cognizable in federal habeas.[3] In response, Thomas moves to voluntarily dismiss this ground.[4] With good cause appearing, I grant Thomas' request to voluntarily dismiss ground 8, mooting the respondents' motion to dismiss, and I instruct Respondents to file an answer.

IT IS THEREFORE ORDERED that petitioner Cameron Terral Thomas' motion for voluntarily dismissal of ground 8 **[ECF No. 29] is GRANTED.  Ground 8 is DISMISSED.**

---

[1] ECF No. 1.
[2] ECF No. 1 at 47.
[3] ECF No. 15.
[4] ECF No. 29.

IT IS FURTHER ORDERED that Respondents' motion to dismiss **[ECF No. 15] is DENIED as moot**. Respondents have until September 16, 2023, to file an answer to the remaining grounds in the petition on their merits. The answer must comply with Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. § 2254. Thomas will then have 60 days from the date of service of respondents' answer to file a reply.

Dated: July 18, 2023

_____
U.S. District Judge Jennifer A. Dorsey