# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON TERRAL THOMAS,<br><br>    Petitioner<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>    Respondent | Case No.: 2:22-cv-02030-JAD-EJY<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 36] |

Respondents move for an enlargement of time to file an answer to Petitioner Cameron Thomas's petition for writ of habeas corpus.[1]  This is their third request for an extension of this deadline, and Thomas does not oppose the request.  So, with good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 36] is GRANTED**. **Respondents have until December 8, 2023, to file their answer** to Thomas's petition.

Dated: November 27, 2023

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 36.