# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAMERON TERRAL THOMAS,<br><br>    Petitioner<br><br>v.<br><br>WARDEN OF HIGH DESERT STATE PRISON, et al.,<br><br>    Respondent | Case No.: 2:22-cv-02030-JAD-EJY<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 39] |

   Petitioner Cameron Terral Thomas moves for an enlargement of time to file his reply to Respondents' answer to his petition for writ of habeas corpus.[1]  This is Thomas's first request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 39] is GRANTED**.  **Thomas has until April 5, 2024, to file his reply**.

   Dated: February 14, 2024

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 39.