**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Cameron Terral Thomas,

    Petitioner

v.

Warden of High Desert State Prison, et al.,

    Respondent

Case No.: 2:22-cv-02030-JAD-EJY

**Order Granting Motion for Extension of Time**

[ECF No. 41]

    Petitioner Cameron Terral Thomas moves for an enlargement of time to file his reply to Respondents' answer to his petition for writ of habeas corpus.[1]  This is Thomas's second request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 41] is GRANTED**.  **Thomas has until May 20, 2024, to file his reply**.

    Dated: April 8, 2024

_____

U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 41.