**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Cameron Terral Thomas, | Case No.: 2:22-cv-02030-JAD-EJY |
| Petitioner | |
| v. | **Order Granting Third Motion for Extension of Time** |
| Warden of High Desert State Prison, et al., | |
| Respondent | [ECF No. 43] |

Petitioner Cameron Terral Thomas moves for a third enlargement of time to file his reply to respondents' answer to his petition for writ of habeas corpus.[1]  With good cause appearing, IT IS HEREBY ORDERED that the motion for extension of time **[ECF No. 43] is GRANTED**. **Thomas has until July 5, 2024, to file his reply**.

Dated: May 23, 2024

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 43.