# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Cameron Terral Thomas,<br><br>　　　Petitioner<br><br>v.<br><br>Warden of High Desert State Prison, et al.,<br><br>　　　Respondent | Case No.: 2:22-cv-02030-JAD-EJY<br><br>**Order Granting Motion for Fourth Extension of Time**<br><br>[ECF No. 45] |

　　　Petitioner Cameron Terral Thomas moves for a fourth enlargement of time to file his reply to respondents' answer to his petition for writ of habeas corpus.[1] With good cause appearing, IT IS ORDERED that the motion for extension of time **[ECF No. 45] is GRANTED. Thomas has until August 4, 2024, to file his reply.**

　　　Dated: July 9, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 45.