# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Cameron Terral Thomas, | Case No.: 2:22-cv-02030-JAD-EJY |
| Petitioner | |
| v. | **Order Granting Motion for Fifth Extension of Time** |
| Warden of High Desert State Prison, et al., | |
| Respondent | [ECF No. 48] |

Petitioner Cameron Terral Thomas moves for a 7-day enlargement of time to file his reply to respondents' answer to his petition for writ of habeas corpus.[1]  With good cause appearing, IT IS ORDERED that the motion for extension of time **[ECF No. 48] is GRANTED. Thomas has up to and including August 12, 2024, to file his reply.**

Dated: August 5, 2024

_____

U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 48.